UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/09
```

FUJIFILM U.S.A., INC.,

                     Plaintiff,

-v-

WAKEFERN FOOD CORPORATION,

                     Defendant.

No. 09 Civ. 2028 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the parties' August 14, 2009 status letter, which reiterates their request for a sixty-day extension of the discovery deadlines that were previously set by the Honorable William C. Conner, District Judge. The request is denied. All discovery deadlines remain intact, any pre-motion letters are to be submitted by September 21, 2009, and the Court will conduct the post-discovery conference, as scheduled, on October 1, 2009 at 9:00 a.m.

SO ORDERED.

DATED:    August 18, 2009
                New York, New York

                                            RICHARD J. SULLIVAN
                                           UNITED STATES DISTRICT JUDGE